IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01700-RPM

SHERRY McGANN,

       Plaintiff,

v.

HUB INTERNATIONAL SOUTHWEST AGENCY, LTD.,

       Defendant.
_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to the status conference convened today, it is

ORDERED that a scheduling conference will be held on **December 4, 2008, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on November 25, 2008.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

DATED: September 17th, 2008

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge