IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01700-RPM

SHERRY McGANN,

        Plaintiff,

v.

HUB INTERNATIONAL SOUTHWEST AGENCY, LTD.,

        Defendant.
_____

ORDER GRANTING LEAVE TO AMEND COMPLAINT
_____

Upon consideration of Plaintiff's motion for Leave to Amend Verified Complaint [21], filed on November 26, 2008, it is

ORDERED that the motion is granted and the Amended Verified Complaint attached thereto is deemed filed.

DATED: November 28th, 2008

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior Judge