IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01700-RPM

SHERRY McGANN,

    Plaintiff,

v.

HUB INTERNATIONAL SOUTHWEST AGENCY, LTD.,

    Defendant.

_____

ORDER OF DISMISSAL
_____

    Pursuant to the Stipulation for Dismissal with Prejudice [32], filed on March 2, 2009, it is

    ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

    DATED: March 2nd, 2009

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior Judge